Tim O'Laughlin (SBN 116807)
William C. Paris III (SBN 168712)
Kenneth Petruzzelli (SBN 227192)
Katie J. Shea (SBN 261638)
Valerie C. Kincaid (SBN 231815)
**O'LAUGHLIN & PARIS LLP**
117 Meyers Street, Suite 110
Post Office Box 9259
Chico, California 95927-9259
Telephone: 530.899.9755
Facsimile: 530.899.1367

Attorneys for the *San Joaquin River Group Authority*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOAQUIN RIVER GROUP AUTHORITY, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE; ERIC C. SCHWAAB, as Assistant Administrator for Fisheries for the National Marine Fisheries Service; NATIONAL MARINE FISHERIES, SOUTHWEST REGION; RODNEY MCINNIS, Regional Administrator for the Southwest Region of the National Marine Fisheries Service; NATIONAL MARINE FISHERIES, NORTHWEST REGION; WILLIAM W. STELLE, JR., Regional Administrator for the Northwest Region of the National Marine Fisheries Service; UNITED STATES DEPARTMENT OF COMMERCE; GARY LOCKE, as Secretary of the United States Department of Commerce; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; DR. JANE LUBCHENCO, as Administrator of the National Oceanic and Atmospheric Administration; PACIFIC FISHERY MANAGEMENT COUNCIL, and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.: 1:11-CV-00725-OWW-GSA <br><br> SCHEDULING ORDER |

1
SCHEDULING ORDER

WHEREAS, on June 6, 2011, at 2 p.m., a scheduling conference was held in the above-entitled matter, with the Honorable Oliver W. Wanger, United States District Judge for the Federal District Court of Eastern California, presiding. Appearing telephonically was Mr. Kenneth Petruzzelli for the plaintiff, Ms. Bridget K. McNeil for the federal defendants, and Mr. Daniel McDaniel for the proposed intervenors, South Delta Water Agency, Central Delta Water Agency, Rudi Mussi, Honker Cut Marine, Inc. and Robert Souza.

Pursuant to Federal Rule of Civil Procedure 16, the Court issues the following scheduling order.

IT IS ORDERED THAT:

1. Any motion of the proposed intervenors to intervene shall be filed as soon as possible.

2. Any opposition to intervention shall be filed within 10 days following and shall be heard the following Monday at 11:00 a.m.

3. The federal defendants shall file a response to the plaintiff's Complaint for Declaratory and Injunctive Relief by June 24, 2011. The federal defendants' response shall include a copy of the administrative record for the regulations that are the subject of the plaintiff's Complaint for Declaratory and Injunctive Relief.

4. The plaintiff shall file a motion for summary judgment by July 22, 2011.

5. The federal defendants shall file a combined cross-motion for summary judgment and opposition to the plaintiff's motion for summary judgment by August 19, 2011.

6. The plaintiff shall file a combined opposition to the federal defendants' cross-motion for summary judgment and reply to the federal defendants' opposition by September 2, 2011.

7. The federal defendants shall file a reply to the plaintiff's opposition to the federal defendants' cross-motion for summary judgment by September 16, 2011.

8.      Oral argument on plaintiff's motion for summary judgment and federal defendants' cross-motion for summary judgment shall be held on September 28, 2011, at 8:30 a.m., in Courtroom 3. The Court shall reserve one-half day for oral argument.

9.      The parties shall comply with the page limits set forth in the Court's Standing Order. A party seeking to file a brief in excess of the page limits shall attempt to develop mutually-agreeable page limits with the other parties before seeking leave to file a longer brief.

10.     Pursuant to 16 U.S.C. section 1855(f)(2), upon a showing of good cause and notice by the federal defendants, the Court may extend the period for the federal defendants to file a response to the plaintiff's Complaint for Declaratory and Injunctive Relief and a copy of the administrative record for the regulations that are the subject of the plaintiff's Complaint for Declaratory and Injunctive Relief.

IT IS SO ORDERED.

Dated:   **June 8, 2011**                                **/s/ Oliver W. Wanger**
                                                      UNITED STATES DISTRICT JUDGE