**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAN JOAQUIN RIVER GROUP AUTHORITY,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL MARINE FISHERIES SERVICE,<br><br>    Defendants,<br><br>CENTRAL DELTA WATER AGENCY, *et al.*,<br><br>    Defendant-Intervenors,<br><br>PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS,<br><br>    Defendant-Intervenor. | 1:11-cv-00725 OWW GSA<br><br>ORDER RE CROSS MOTIONS FOR SUMMARY JUDGMENT (DOCS. 58, 73, 77, 80) |

The Court has read and fully considered all points and authorities and other documents and evidence in support of and in opposition to the cross-motions for summary judgment. The Court has also considered the arguments of counsel and evidence presented at the hearing on these matters held September 28, 2011.

For all the reasons set forth in the Memorandum Decision Re Cross-Motions for Summary Judgment, Doc. 97:

   (1) Defendant PFMC and the Doe Defendants are DISMISSED WITH

1

PREJUDICE; and

(2) Federal Defendants', Delta Intervenors', and PCFFA's motions for summary judgment that Plaintiff lacks standing are GRANTED; Plaintiff's cross motion is DENIED.

(3) Assuming, *arguendo*, Plaintiff has standing:

    (a) Plaintiff's motion for summary judgment that Federal Defendants violated the MSA and APA by failing to account for uncertainty and bias is DENIED; Federal Defendants' cross motion is GRANTED;

    (b) Plaintiff's motion for summary judgment that Federal Defendants violated the MSA and APA by ending the overfishing concern is DENIED; Federal Defendants' cross motion is GRANTED;

    (c) Plaintiff's motion for summary judgment that Federal Defendants violated NEPA and the APA by failing consider whether the 2011 management measures would "violate" any federal, state or local laws or other requirements imposed to protect the environment is DENIED; Federal Defendants' cross motion is GRANTED; and

    (d) Plaintiff's motion for summary judgment that Federal Defendants violated NEPA and the APA by failing consider a reasonable range of alternatives in the EA for the 2011 management measures is DENIED; Federal Defendants' cross motion is GRANTED.

The Clerk of Court is ordered to enter judgment in favor of

**Defendants and Defendant-Intervenors and against Plaintiff on all claims in the complaint.**

**Defendants shall recover their costs of suit in accordance with the requirements of law.**

```
SO ORDERED
Dated:   September 30, 2011
                             /s/ Oliver W. Wanger
                            United States District Judge
```

3